IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cotugno, Marguerite

Printed: 12/28/07

Case Number:  04 B 26905
Judge:  Hollis, Pamela S
Filed:  7/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  October 26, 2007
Confirmed:  September 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 20,625.00 |  |
| Secured: |  | 8,478.62 |
| Unsecured: |  | 7,539.77 |
| Priority: |  | 84.75 |
| Administrative: |  | 2,619.00 |
| Trustee Fee: |  | 1,021.00 |
| Other Funds: |  | 881.86 |
| Totals: | 20,625.00 | 20,625.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,619.00 | 2,619.00 |
| 2. | Wells Fargo Auto Finance | Secured | 8,478.62 | 8,478.62 |
| 3. | Stanley Polit | Priority | 84.75 | 84.75 |
| 4. | Asset Acceptance | Unsecured | 963.83 | 963.83 |
| 5. | Nicor Gas | Unsecured | 993.38 | 993.38 |
| 6. | Check N Go | Unsecured | 402.00 | 388.08 |
| 7. | Capital One | Unsecured | 980.76 | 980.76 |
| 8. | Wells Fargo Auto Finance | Unsecured | 1,162.01 | 1,162.01 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 3,051.71 | 3,051.71 |
| 10. | RJM Acquisitions LLC | Unsecured | 89.81 | 0.00 |
| 11. | Consultants In Clinical Pathol | Unsecured |  | No Claim Filed |
| 12. | City of Blue Island | Unsecured |  | No Claim Filed |
| 13. | Insta Cash | Unsecured |  | No Claim Filed |
| 14. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 15. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Walgreens Company | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,825.87 | $ 18,722.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 256.74 |
| 4% | 69.01 |
| 3% | 51.75 |
| 5.5% | 284.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cotugno, Marguerite

Printed:  12/28/07

Case Number:  04 B 26905
Judge:  Hollis, Pamela S
Filed:  7/20/04

|       |        |
|-------|--------|
| 5%    | 71.10  |
| 4.8%  | 180.12 |
| 5.4%  | 107.64 |
|       | _____ |
|       | $ 1,021.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____